■ PEOPLE, Respondent, v SYDNEY ST. JOHN, Appellant. [598 NYS2d 749] —Motion for reconsideration and for other relief denied. Memorandum: Defendant is not entitled to the requested relief. The basis of his arrest was different from the basis for the arrest of his codefendant *(see, People v St. John,* 186 AD2d 1049). Furthermore, defendant does not have standing to assert the same suppression issue raised on direct appeal by his codefendant *(see, People v Tejada,* 80 NY2d 910).

Present—Denman, P. J., Callahan, Lawton, Boomer and Davis, JJ.